924

No. 588. WARNER & SWASEY CO. v. WAR CONTRACTS PRICE ADJUSTMENT BOARD ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Sturgis Warner, John S. Walker, Luther Day* and *Curtis C. Williams, Jr.* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Burger, Samuel D. Slade* and *Benjamin Forman* for respondents.

No. 589. McCONKEY ET UX. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied. *Robert Ash* for petitioners. *Acting Solicitor General Stern, Assistant Attorney General Holland, Ellis N. Slack, A. F. Prescott* and *Fred E. Youngman* for respondent.

No. 590. KOCMOND ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *Charles A. Bellows* for petitioners. *Acting Solicitor General Stern, Beatrice Rosenberg* and *Murry Lee Randall* for the United States.

No. 597. MALETIS v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *George Black, Jr.* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Holland, Ellis N. Slack, Robert N. Anderson* and *S. Dee Hanson* for the United States.

No. 605. REMELIUS ET AL. v. JOSEPH, COMPTROLLER OF THE CITY OF NEW YORK, ET AL. Supreme Court of New York. Certiorari denied. *Roy P. Monahan* for petitioners. *Denis M. Hurley* and *W. Bernard Richland* for respondents.